

FILED & JUDGMENT ENTERED
Steven T. Salata

March 19 2024

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| **JOHNNY MARCANO** ) | Case No. 24-30108 |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |

## ORDER SATISFYING THE SHOW CAUSE ORDER

**THIS MATTER** is before the Court on its February 22, 2024 Order to Appear and Show Cause (the "Show Cause Order"). The Show Cause Order directed the Debtor to appear on March 18, 2024 and show cause as to why the case should not be dismissed for the Debtor's failure to correctly file the documents required under the Federal Rules of Bankruptcy and the Local Rules of this court. Among his petition documents, the Debtor had filed a Form 101A and then later filed a Form 101B indicating that he was the subjection of an eviction and was seeking to maintain that stay. However, the Debtor did not pay the rent amount to the clerk of court, as required under 11 U.S.C. § 362(l)(1).

Prior to the hearing on March 18, the Debtor filed all of his required missing documents. He also appeared at the March 18 hearing and informed the Court that he had no intention to pay

the rent amount to the clerk of court.  By this point, the 30-day timeline set out under 11 U.S.C. § 362(l)(1)(B) has since lapsed and the Debtor has effectively waived his right to seek a continued stay against eviction.

Accordingly, the stay against eviction proceedings is no longer effective and the Debtor has otherwise remedied all missing documents.  Therefore, the Show Cause Order is deemed **SATISFIED**.

**SO ORDERED**.

| | |
|---|---|
| **This Order has been signed electronically.**<br>**The Judge's signature and Court's seal**<br>**appear at the top of the Order.** | **United States Bankruptcy Court** |