Amended Matrix

Case # 24-30108

U.S Bankruptcy Court, NC
FILED
MAR 18 2024
Steven T. Salata, Clerk
Charlotte Division

1) Westlake Financial - 4751 Wilshire Blvd #100
   Los Angeles, CA 90010

2) Dutch Miller KIA- 7725 South Blvd
   Charlotte, NC 28273

3) Byrider Charlotte - 7401 South Blvd
   Charlotte, NC 28273

4) HATT Auto Sales - 51 Elizabeth Ave
   Elizabeth, NJ 07206

5) Novant Health Presbyterian Medical Center -
   200 Hawthorne Ln   Charlotte, NC 28204

6) Atrium Health University City - 8800 N Tryon St
   Charlotte, NC 28262

7) Dr. Catherine B. Norton M.D - 7920 Moores Chapel Rd
   Charlotte, NC 28214

8) Stanton Optical Charlotte - 6865 Albemarle Rd
   Charlotte, NC 28212

9) Dr. Thomas Mundor F - 1718 E 4th St #908
   Charlotte, NC 28204

10) Blue Cross and Blue Shield - 8156 S. Tryon St Charlotte
    NC 28273

11) Ambetter - 4349 Easton way Suite 300
    Columbus, OHIO 43219

12) Synovusverv First Digital - P.O. Box 85650
    Sioux Falls, SD 57118

13) Capital ONE — 15000  Capital ONE
Richmond, VA 23238

14) SYNCBLowES PLCC — P.O. BOX 71727
Philadelphia, PA 19176

15) Flagship Credit Acceptance — P.O. Box 3807
Coppell, TX 75019

16) Consumer Portfolio Services — 19500 Jamboree Rd
Irvine, CA 92612

17) Capital One Auto Finance — 3905 N Dallas Parkway
Plano, Tx 75097

18) Hendrick Kia — 7550 Hendrick Auto P12 NW
Concord, NC - 28027

19) Trust Science  via TSUS Auto
2875 University Parkway Lawrenceville, GA 30047

20) Primary Residential via Credit Tech INC — 50481
W Pontiac Trail  Wixom, MI 48393

21) Optum Bank - P.O. Box 60000
Newark, NJ 07101

22) Self Financial Inc — 901 E 6th Street  Suite 400
Austin, TX 78702

23) Wisely Direct — P.O. Box 9008
San Dimas, CA 91773

24) Kickoff — (PO BOX 28101) 2550 Cerrillos Road
Santa Fe, New Mexico 87504



25.) Harris Pavilion - 10425 Wheatside Dr
Charlotte, NC 28262

26) Davis Commons - 8415 University Station Cir
Charlotte, NC 28269

27) Avebury - 2410 Allerton Way Charlotte,
NC 28213

~~28) Nevin Glen - 6635 Nevin Glen Drive~~ (Jr)
~~Charlotte, NC 28269~~

28) Nevin Glen Homeowners - 16501-D Northcross Dr
Huntersville, NC 28070

29) Regent Homes - 8001 Arrowridge Blvd
Charlotte, NC 28273

30) GreenWay at Mallard Creek - 8230 Greenway Village Dr
Charlotte, NC 28269

31) University Village at Charlotte - 9915 University Village
Blvd Charlotte, NC 28262

32) Food Basics - 5559 Dundas St W Etobicoke, ON
M9B 1B9, Canada

33) K-MART - (Hoffman Estates) 1900 Hassell Road,
Hoffman Estates, IL 60169

34) Squeegee Pros Inc - 904 Brawley School Rd
Mooresville, NC 28117

35) Allied Universal Security - 10735 David Taylor Dr Charlotte
NC, 28262

36) Mecklenburg County Sheriff Office — 700 E 4th
St Charlotte, NC 28202

37) Coca Cola Bottling Co — 5001 Chesapeake Dr
Charlotte, NC 28216

38) Uber — 1515 Third Street
San Francisco, CA 94103

39) OnStar Call Center — 10101 Claude Freeman Dr
Charlotte, NC 28262

40) Major Clean — 448 Springbrook Rd
Charlotte, NC 28217

41) Forem Facility Management — 2-44 Comelia
St Newark NJ 07105

42) Amazon Corporate — 410 Terry Ave N, Seattle, WA
98109

43) DMSI Staffing — 1000 Retail Drive
Fortmill, SC 29715

44) Paramount Staffing — 810 Tyvola Rd Charlotte,
NC 28217

45) PeopleReady — 141 Scaleybark Rd Charlotte,
NC 28209

46) Worolo — 9450 SW Gemini Dr Beaverton, OR
97008

47) StaffZone — 308 Clanton Rd Charlotte NC 28217

48) Mauser Packaging — 701 Lawton Rd Charlotte
NC 28216

49) GREIf Corrchoice - 2215 Mulberry Rd
    Concord, NC 28025

50) Ebay Headquarters - 2025 Hamilton Avenue
    San Jose, California 95125

51) PayPal - 2211 N 1st St  San Jose, CA
    95131

52) SHOPIFY - 151 O'Conor Street, Ground Floor,
    Ottawa, ON K2P 2L8

53) NCDOR - 301 McCullough Dr Charlotte NC
    28262

54) NC Division of Employment Security Commission
    700 Wade Ave, Raleigh, NC 27605

55) C.R. England - 4701 W 2100 S  Salt lake City, UT

56) Crisis Assistance Ministry - 500-A Spratt St
    Charlotte, NC 28206

57) Bank of AMERica Corporate Center - 100 N Tryon St
    Charlotte, NC 28202

58) CHASE Bank - 112 S Tryon St STE 100
    Charlotte, NC 28284

59) Woodforest Bank - The Woodlands, TX 77380
    1330 Lake Robbins Dr. Suite 100

60) Pathward National Association - 5501 S Broadband Ln
    Sioux Falls, SD 57108

61) Bluevine - 30 Montgomery Street  Jersey City,
    NJ 07302

62) Credit One Bank Corporate - 6801 S Cimarron Rd
Las Vegas, NV 89113

63) Aetna - 151 Farmington Avenue
Hartford, CT 06156

63) Newark Board of Education - 765 Broad St
Newark, NJ 07102

64) Caldwell University - 120 Bloomfield Ave
Caldwell NJ, 07006

65) Rutgers University - 35 Warren St  Newark, NJ
07102

66) Stanly Community College - 141 College Dr
Albemarle  NC 28001

67) Urban League of Central Carolinas - 740 W 5th St
Charlotte, NC 28202

68) The Horizon Outlet - P.O. Box 1275 Indiana,
Pennsylvania 15701

69) Duke Energy - 526 S Church St, Charlotte NC
28202

70) Piedmont Natural Gas - 4339 S Tryon St Charlotte,
NC 28217

71) Amica - 100 Amica Way  Lincoln, RI 02865

72) Pennsylvania Turnpike Commission - 300 East Park Dr
Harrisburg, PA 17111

73) T-Mobile - 12920 SE 38th Street
    Bellevue, WA 98006

74) Time Warner Cable - 60 Columbus Circle
    New York, NY 10023

75) Spectrum Mobile - 2415 Sam Wilson Rd Charlotte,NC
    (CHARTER Communications)      28214

76) My Quick Wallet - P.O. BOX 1146  Mission, SD
    57555

77) One Main Financial - 601 NW Second Street
    Evansville, Indiana  47708

78) DriveTime - 3502 Willow run Dr NE, Roanoke, VA
    24012

79) UPS -        55 Glenlake Pkwy NE
    Atlanta, GA 30328

80) Morris Jenkins - 13725 S Ridge Dr Charlotte,
    NC 28273

81) NC Works Career Center - 8601 McAlpine Park Dr
    Charlotte, NC 28211

82) Roto-Rooter - 255 E 5th St  #2500
    Charlotte, NC 28202

83) CSL Plasma - 5500 Central Ave  Charlotte,
    NC 28212

    Marcan-j johny       03/18/24