List of Creditors

Case Number - 24-30108

FILED
U.S. Bankruptcy Court, NCW

APR 30 2024

Steven T. Salata, Clerk
Charlotte Division

1) Saint Michael School
27 Crittenden St Newark,
New Jersey 07104

2) Assurance Wireless
P.O. Box 5040
Charleston, IL
61920-9907

3) Principal
711 High Street
Des Moines, United States

By: *Marcano Johnny* For: JOHNNY MARCANO