

J. Craig Whitley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

In re: )
)
**JOHNNY MARCANO** ) Case No. 24-30108
) Chapter 7
Debtor. )
)

## ORDER RESCINDING DISCHARGE ORDER AND RESETTING DEADLINES

**THIS MATTER** is before the Court on a review of its own docket. An Order Discharging Debtor was entered on May 6, 2024 before the expiration of the period where creditors may object to discharge under 11 U.S.C. §§ 523, 727, previously established as May 20, 2024. Therefore, the Order Discharging Debtor is hereby **RESCINDED** and the deadline for creditors to object to discharge is re-established to **MAY 23, 2024**, allowing an extra three days to permit notice to creditors. If May 23, 2024 passes without objection, the Order Discharging Debtor will be re-entered and this bankruptcy case will be directed to close.

**SO ORDERED**.

**This Order has been signed electronically.**      **United States Bankruptcy Court**
**The Judge's signature and Court's seal**
**appear at the top of the Order.**