Official Form 417A (12/23)

FILED
U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF NC

'24 MAY 20 P3:12

STEVEN T. SALATA, CLERK
BY: _____

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): __JOHNNY MARCANO__

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☒ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:
   __Denial of Petition__

2. State the date on which the judgment—or the appealable order or decree—was entered:
   __May 13, 2024__

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary): SEE Attached

1. Party: __Anna Cotten Wright__ Attorney: _____

2. Party: __U.S. Bankruptcy Courts__ Attorney: _____

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

❏ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_Marcam; John_ (signature)
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: 05/20/24

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):

_____
_____
_____

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

# PARTIES TO APPEAL

Case Number - 24-30108

1) Amazon Corporate - 410 Terry Ave N Seattle, WA 98109
2) Amica Mutual Insurance Company - 100 AMICA WAY Lincoln, RI 02865
3) Avebury - 2410 Allerton Way Charlotte, NC 28213
4) Bluevine - 30 Montgomery Street Jersey City, NJ 07302
5) CSL Plasma - 5500 Central Ave Charlotte, NC 28212
6) Capital One Auto Finance - 3905 N Dallas Parkway Plano, TX 75093
7) Consumer Portfolio Services - 19500 Jamboree Rd Irvine, CA 92612
8) DHSI Staffing - 1000 Retail Drive Fortmill, SC 29715
9) Amber Lake Apartments, LLC 1015 East Boulevard Charlotte, NC 28203
10) Aetna - 151 Farmington Ave Hartford, CT 06156
11) Amberlake Apartments LLC - 5826 Reddman Rd Charlotte, NC 28212
12) Assurance Wireless - P.O. Box 5040 Charleston, IL 61920
13) Bank of America Corporate Center - 100 N Tryon St Charlotte, NC 28202
14) Byrider Charlotte - 7401 South Blvd Charlotte, NC 28273
15) Caldwell University - 120 Bloomfield Ave Caldwell, NJ 07006
16) Chase Bank - 112 S Tryon St STE 100 Charlotte, NC 28284
17) Credit One Bank Corporate - 6801 S Cimarron Rd Las Vegas, NV 89113
18) Davis Commons - 8415 University Station Cir Charlotte, NC 28269
19) U.S. Bankruptcy Administrator Office - 401 W Trade Street Suite 2400 Charlotte, NC 28202
20) Allied University Security - 10735 David Taylor Dr Charlotte, NC 28262
21) Ambetter - 4349 Easton Way Suite 300 Columbus, Ohio 43219
22) Atrium Health University City - 8800 N Tryon St Charlotte, NC 28262
23) Blue Cross and Blue Shield - 8156 S Tryon St Charlotte, NC 28273
24) C.R. England - 4701 W 2100 S Salt Lake City, UT 84120

25) Capital One - PO Box 30285 Salt Lake City, UT 84130
26) Coca Cola Bottling Co - 5001 Chesapeake Dr Charlotte, NC 28216
27) Crisis Assistance Ministry - 500 Spratt St Charlotte, NC 28206
28) Dr. Catherine B. Norton M.D. - 7920 Moores Chapel Rd Charlotte, NC 28214
29) Dr. Thomas Hunter F - 1718 E 4th St #908 Charlotte, NC 28204
30) Dutch Miller Kia - 7725 South Blvd Charlotte, NC 28273
31) Food Basics - 5559 Dundas St W Etobicoke, ON M9B 1B9
32) Greif Corrchoice - 2215 Mulberry Rd Concord, NC 28025
33) Hendrick Kia - 7550 Hendrick Auto Plz NW Concord, NC 28027
34) Kickoff - PO Box 28161-2550 Cerrillos Road Sante Fe, New Mexico 87505
35) Mecklenburg County Sheriff Office - 700 E 4th St Charlotte, NC 28202
36) NC DOR - 301 McCollough Dr Charlotte, NC 28262
37) Nevin Glenn Homeowners - 16501 D Northcross Dr Huntersville, NC 28078
38) Novant Health Presbyterian Medical Center - 200 Hawthorne LN, Charlotte NC 28204
39) Drive Time - 3502 Willowrun Dr NE Roanoke, VA 24012
40) Ebay Headquarters - 2025 Hamilton Ave San Jose, California 95125
41) Forem Facility Management - 2-44 Cornelia St Newark, NJ 07105
42) Harris Pavilion - 10425 Wheatside Dr Charlotte, NC 28262
43) Internal Revenue Service - P.O. Box 73117 Philadelphia, PA 19101
44) Major Clean - 448 Springbrook Rd Charlotte, NC 28217-2145
45) Morris Jenkins - 13725 S Ridge Dr Charlotte, NC 28273
46) NC Division of Employment Security Commission - 700 Wade Ave Raleigh, NC 27605
47) Newark Board of Education - 765 Broad St Newark, NJ 07102

48) One Main Financial - 601 NW Second Street Evansville, Indiana 47708
49) Duke Energy - 526 S Church St Charlotte, NC 28202
50) Flagship Credit Acceptance - P.O. Box 3807 Coppell, TX 75019
51) Greenway at Mallard Creek - 8230 Greenway Village Dr Charlotte NC 28269
52) Hatt Auto Sales - 51 Elizabeth Ave Elizabeth, NJ 07206
53) K-MART (Hoffman Estates) - 1900 Hassell Road Hoffman E stks, IL 60169
54) Mauser Packaging - 701 Lawton Rd Charlotte, NC 28216
55) Arrow Credit - P.O. Box 1145 Mission, SD 57555
56) NC Works Career Center - 8601 McAlpine Park Dr Charlotte NC 28211
57) North Carolina Department of Revenue Bankruptcy Unit P.O. Box 1168 Raleigh, NC 27602
58) Onstar Call Center - 10101 Claude Freeman Dr Charlotte, NC 28262
59) Optum Bank - P.O. Box 60000 Newark, NJ 07101
60) PayPal - 2211 N 1st Street San Jose, CA 95131
61) Piedmont Natural Gas - 4339 S Tryon St Charlotte, NC 28217
62) Roto Rooter - 255 E 5th St #2500 Charlotte, NC 28202
63) Santender Consumer USA - PO Box 660633 Dallas, TX 75266
64) Spectrum - P.O. Box 6030 Carol Stream, IL 60197
65) Staff Zone - 308 Clanton Road Charlotte, NC 28217
66) Syncblowes PLC - P.O. Box 71727 Philadelphia, PA 19176
67) The Horizon Outlet - P.O. Box 1276 - Indiana, Pennsylvania 15701
68) UPS - 55 Glenlake Pkwy NE Atlanta GA 30328
69) Paramount Stuffing - 810 Tyvola Rd Charlotte, NC 28217
70) Pennsylvania Turnpike Commission - 300 East Park Drive Harrisburg, PA 17111

71) Primary Residential via Credit tech RNC - 50981 W Pontiac Trail Wixom, MI 48393

72) Rutgers University - 35 Warren St Newark, NJ 07110

73) Self Inc - 901 E 6th Street Suite 400 Austin, TX 78702

74) Spectrum Mobile - 2415 Sam Wilson Road Charlotte, NC 28214

75) Stanley Community College - 141 College Dr Albemarle, NC 28001

76) Synovus/veru First digital - P.O. Box 85650 Sioux Falls, SD 57118

77) Time Warner Cable - 60 Columbus Circle New York, NY 10027

78) Uber - 1515 Third Street San Francisco, CA 94158

79) Pathwood National Association - 5501 S Broadband LN Sioux Falls, SD 57108

80) People Ready - 141 Scaleybark Rd Charlotte, NC 28209

81) Regent Homes - 8001 Arrowridge Blvd Charlotte, NC 28273

82) Saint Michael School - 27 Crittenden St Newark, NJ 07104

83) Shopify - 151 O'Connor Street Ground Floor Ottawa, ON K2P 2L8

84) Squeege Pros Inc - 904 Brawley School Rd Mooresville, NC 28117

85) Stanton Optical Charlotte - 6865 Albemarle Rd Charlotte, NC 28212

86) T-Mobile c/o American Infosource LP - 4515 N Santa Fe Ave Oklahoma City, OK 73118

87) Trust Science via TSUS Auto - 2875 University Parkway Lawrenceville, GA 30043

88) University Village at Charlotte - 9915 University Village Blvd Charlotte, NC 28262

89) Urban League of Central Carolinas - 740 W 5th St Charlotte NC 28202
90) Wonolo - 9450 SW Gemini Dr Beaverton, OR 97008
91) Westlake Financial - 4751 Wilshire Blvd #100 Los Angeles, CA 90010 3847
92) Woodforest Bank - 1330 Lake Robbins Dr Suite 100 The Woodlands, TX 77380
93) Wisely Direct - PO Box 9008 San Dimas, CA 91773
*94) Anna Cotten Wright - Grier Wright Martinez, PA 521 E Morehead Street Suite 440 Charlotte, NC 28202
95) My Quick Wallet - P.O. Box 1146 Mission, SD 57555
96) Capital One - 15000 Capital One Richmond, VA 23238
97) T-Mobile - 12920 SE 38th Street Bellevue, WA 98006
98) Amica - 100 Amica Way Lincoln, RI 02865
99) Self-Financial Inc - 901 E 6th Street Suite 400 Austin, TX 78702

As Legal Representative of JOHNNY MARCANO, I am unable to provide Attorney Information for the aforementioned companies as I was not made privy of such information through the Bankruptcy Courts.

By; Marcano; Johnny  For; JOHNNY MARCANO

Johnny Marcano

2525 Lassen Bay Place

Charlotte, North Carolina 28215

9802000376

Johnnymarcan32@gmail.com

05/20/24

United States Bankruptcy Court For The Western District of North Carolina Charlotte Division

401 West Trade Street, Suite 2500, Charlotte, North Carolina 28202

   Re: Appeal of Case number 24-30108, Chapter 7

Dear Honorable Whitley:

   I, Marcano; Johnny, hereby submit this appeal to the honorable Bankruptcy Court regarding the decision rendered in Case number 24-30108 on May 13, 2024..

   I respectfully request the court consider this appeal on the following grounds that I am functioning in the capacity as the Legal Representative on behalf of JOHNNY MARCANO. A legal Representative, even though not a licensed attorney, still has a Fiduciary Duty to his client, which entitles the Legal Representative to Attorney fees under "General Statute 6-21.6" to the prevailing party. I am requesting for all parties named in within the Bankruptcy to pay the attorney fees, as I have submitted a detailed account of all the work and time dedicated to the Estate JOHNNY MARCANO. I am also

submitting a copy of IRS Form 56, and the Trust Certificate that places the Estate under the Trust in which Johnny Marcano is the Grantor, Primary Trustee, and the Beneficiary over the Estate JOHNNY MARCANO. Along with the trust certificate, I have also provided a copy of the Last Will and Testament of JOHNNY MARCANO, that has been filed with the Clerk of Superior Court Mecklenburg County Courthouse 832 E 4th Street Charlotte, NC 28202. As Legal Representative, I did not receive notice of the deficient filing until May 14, 2024. The courts did not grant me a reasonable amount of time to respond to the deficient filing before adverse actin was taken and the petition was denied on May 13, 2024, one day before I received notice of the deficient filing of May 8, 2024. This is a clear violation of the court process and JOHNNY MARCANO's right to Due process. Individuals have a right to due process, which includes notice and an opportunity to be heard before any adverse action is taken against them. Being denied before receiving Initial notice raises my concern of due process in the Case 24-30108. I respectfully request that the court consider the arguments and evidence presented in this appeal and grant the relief sought. Thank you for your attention to this matter. I look forward to the court's prompt consideration of this appeal.

By: *Marcano; Johnny*    For: JOHNNY MARCANO

## Trust Certificate for The Johnny Marcano Estate

The Grantor of The Johnny Marcano Estate is Johnny Marcano. The Primary Trustee assigned is Johnny Marcano. In the event that Johnny Marcano is unable to be the Primary Trustee, Milita Precious Marcano will be designated as the Acting Trustee. The Beneficiaries of The Johnny Marcano Estate are Johnny Marcano, Delilah Patricia Marcano, Antonia Elena Marcano, and Araelius Omavi Marcano of Charlotte, North Carolina.

## Declaration of Trust:

The Main Intention for establishing The Johnny Marcano Estate is to ensure that all Accounts and Assets held under the trust are exempt from entering probate, to maintain control, and to follow all guidelines set within The Johnny Marcano Estate.

The Johnny Marcano Estate was established on April 12, 2024. The governing Jurisdiction of this Trust is South Dakota

The purpose of the trust is to maintain Asset protection, Manage Assets, Estate Planning, maintaining privacy, Family Wealth management, Avoiding Probate, and Adhering to guidelines set forth within the Trust.

## Trustees:

- The Primary Trustee is Johnny Marcano. Contact Information is as follows for the primary Trustee: 2525 Lassen Bay place Charlotte, North Carolina 28215. The designated Acting Trustee is Milita Precious Marcano. The contact information for the Acting trustee is 2525 Lassen Bay Place Charlotte, North Carolina 28215.
- Powers and duties of the trustees are as follows:

   Fiduciary Duty

   Asset Management

   Accounting and Reporting

   Communication

   Distributions

   Legal and Tax Compliance

   Duty of Loyalty

Record-Keeping and Documentation

Prudent Decision-Making

### The Limitations or restrictions on trustee powers are:

To follow are guidelines set forth within the trust.

### Beneficiaries of the Trust as follows:

Johnny Marcano- Grantor, Primary Trustee, Beneficiary

Delilah Patricia Marcano – Daughter

Araelius Omavi Marcano- Son

Antonia Elena Marcano- Daughter

Upon Death of the Grantor, the aforementioned names will be deemed "The Beneficiaries." "The Beneficiaries" are also residuary beneficiaries. "The Beneficiaries" under eighteen are held under their own trust.

### Trust Property:

Johnny Marcano Estate- EIN: 99-6404214

- All assets are managed and distributed by Johnny Marcano.

Signature _Johnny Marcano_   Date: 5/17/24
Primary Trustee

Signature _[signature]_   Date: 5/17/24
Acting trustee _Marcano_

Maria Rodriguez
Witness #1 Name (Please Print)
188 Mill St 2R
Witness #1 Street Address
Belleville, NJ
Witness #1 City, State

Leonardo Marcano
Witness #2 Name (Please Print)
188 Mill St 2R
Witness #2 Street Address
Belleville, NJ
Witness #2 City, State

**AFFIDAVIT**

I, Johnny Marcano, the Testator, sign my name to this instrument this 20 day of April, 20 24, and being first duly sworn, do hereby declare to the undersigned authority that I sign and execute this instrument as my Last Will and that I sign it willingly (or willingly direct another to sign for me), that I execute it as my free and voluntary act for the purposes expressed in the Last Will, and that I am eighteen (18) years of age or older, of sound mind, and under no constraint or undue influence.

_Johnny Marca_
Testator

We, Maria Rodriguez and Leonardo Marcano, the witnesses, sign our names to this instrument, being first duly sworn, and do hereby declare to the undersigned authority that the Testator signs and executes this instrument as the Testator's Last Will and that the Testator signs it willingly (or willingly directs another to sign for the Testator), and that each of us, in the presence and hearing of the Testator, hereby signs this Last Will as witness to the Testator's signing, and that to the best of our knowledge the Testator is eighteen (18) years of age or older, of sound mind, and under no constraint or undue influence.

_Maria E. Rodriguez_
Witness #1

_Leonardo Marcano_
Witness #2

STATE OF ~~North Carolina~~ New Jersey
COUNTY OF Hudson

Subscribed, sworn to and acknowledged before me by Johnny Marcano, the Testator, and subscribed and sworn to before me by Maria Rodriguez and Leonard Marcano, witnesses, this 20 day of April, 20 24.

(Seal)
(Signed) _____

KUSH A PATEL
Notary Public, State of New Jersey
Comm. # 50213600
My Commission Expires 8/28/2028

| Form **56** (Rev. November 2022)<br>Department of the Treasury<br>Internal Revenue Service | **Notice Concerning Fiduciary Relationship**<br>(Internal Revenue Code Sections 6036 and 6903)<br>Go to *www.irs.gov/Form56* for instructions and the latest information. | OMB No. 1545-0013 |
|---|---|---|

### Part I  Identification

Name of person for whom you are acting (as shown on the tax return): **JOHNNY MARCANO**

Identifying number: **▇▇▇-8796**

Decedent's social security no.: **▇▇▇▇8796**

Address of person for whom you are acting (number, street, and room or suite no.): **2525 LASSEN BAY Place 28215**

City or town, state, and ZIP code: **Charlotte, NC 28215**

Fiduciary's name: **Johnny Marcano**

Address of fiduciary (number, street, and room or suite no.): **2525 LASSEN BAY Place**

City or town, state, and ZIP code: **CHARLOTTE, NC 28215**

Telephone number (optional): **(980) 200-0376**

### Section A. Authority

1. Authority for fiduciary relationship. Check applicable box:
   - a. ☐ Court appointment of testate estate (valid will exists)
   - b. ☐ Court appointment of intestate estate (no valid will exists)
   - c. ☐ Court appointment as guardian or conservator
   - d. ☒ Fiduciary of intestate estate
   - e. ☒ Valid trust instrument and amendments
   - f. ☐ Bankruptcy or assignment for the benefit of creditors
   - g. ☐ Other. Describe: _____
2a. If box 1a, 1b, or 1d is checked, enter the date of death: **07/28/2009**
 b. If box 1c, 1e, 1f, or 1g is checked, enter the date of appointment, taking office, or assignment or transfer of assets: _____

### Section B. Nature of Liability and Tax Notices

3. Type of taxes (check all that apply): ☐ Income  ☐ Gift  ☒ Estate  ☐ Generation-skipping transfer  ☐ Employment  ☐ Excise  ☐ Other (describe): _____
4. Federal tax form number (check all that apply): a ☐ 706 series  b ☐ 709  c ☐ 940  d ☐ 941, 943, 944  e ☐ 1040 or 1040-SR  f ☐ 1041  g ☐ 1120  h ☒ Other (list): **ESTATE FORMS**
5. If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . . . . ☐
   and list the specific years or periods within your authority: _____

For Paperwork Reduction Act and Privacy Act Notice, see separate instructions.    Cat. No. 16375I    Form **56** (Rev. 11-2022)

---

INTERNAL REVENUE SERVICE
W & I - FIELD ASSISTANCE
CHARLOTTE, NC 28262

APR 1 3 2024

RECEIVED
243101

FILED & JUDGMENT ENTERED
Steven T. Salata

May 13 2024

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

In re:                                  )
                                        )
**JOHNNY MARCANO**                      )     Case No. 24-30108
                                        )     Chapter 7
                Debtor.                 )
                                        )

## ORDER DENYING PRO SE DEBTOR'S APPLICATION FOR ATTORNEY'S FEES

**THIS MATTER** is before the Court on the *pro se* Debtor's Application for Compensation filed May 7, 2024. The Debtor, who is not a licensed attorney, seeks $260,000 in attorney's fees awarded to himself under "General Statute 6-21.6," which he reports awards attorney's fees to the prevailing party of a contract dispute. He rationalizes this recovery because "[a]ll of the companies named in the Bankruptcy case were all in a contract with JOHNNY MARCANO[sic] and have all violated the security regulations put in place to protect the Consumer (G.S.78A-56)." It is unspecified as to which party he is expecting will pay this sum. Furthermore, the motion did not include a notice of hearing.

The Debtor cannot recover attorney's fees in his own bankruptcy case. Generally, a *pro se* litigant who is *not* a lawyer is not entitled to attorney's fees, even under a fee-shifting statute.

*See e.g., Bond v. Blum*, 317 F.3d 385, 398-99 (4th Cir. 2003), *modified by sub nom Kirtsaeng v. John Wiley & Sons, Inc*, 579 U.S. 1979 (2016); *see also In re Shumate*, 1991 WL 426462 at *3-4 (W.D. Va. 1991) (finding *pro se* Debtor could not award himself compensation under 11 U.S.C. §§ 330:550 due to lack of authorization by Trustee or Court and a lack of benefit to the estate) *aff'd* 976 F.2d 727, 1992 WL 245850 (4th Cir. 1992)(unpublished). Even an attorney cannot be awarded compensation awards from estate funds unless they are "employed by the trustee and approved by the court." *Lamie v. U.S. Trustee*, 540 U.S. 526, 538-39 (2004). Finally, an application for compensation may only be granted after notice of a hearing or opportunity for hearing. Local Rule 9013-1. This motion was not properly noticed, the Debtor is not a licensed attorney, the Debtor has provided no services benefitting the estate, and the Debtor was not employed or approved by the Trustee and Court. The Debtor has no basis to recover attorney's fees. For these reasons, the Debtor's application for compensation is **DENIED**.

    **SO ORDERED**.

| | |
|---|---|
| **This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of the Order.** | **United States Bankruptcy Court** |