



J. Craig Whitley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **JOHNNY MARCANO** | ) | Case No. 24-30108 |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |

## ORDER DENYING MOTION TO WAIVE FILING FEE

**THIS MATTER** is before the Court on the *pro se* Debtor's Motion to Waive Filing Fee associated with his Notice of Appeal. The Debtor filed an Application of Compensation of attorney's fees, which this Court denied with explanation. The Debtor has now filed a Notice of Appeal of the Order Denying Pro Se Debtor's Application for Attorney's Fees. Based on a review of the Debtor's actions both in court and in his filings, the Court believes this appeal to be frivolous and not grounded within the law. The fee for filing a notice of appeal is a necessary cost that must be paid. Accordingly, it is the determination of this Court that the Motion to Waive Filing Fee is to be **DENIED**.

**SO ORDERED**.

**This Order has been signed electronically.**      **United States Bankruptcy Court**
**The Judge's signature and Court's seal**
**appear at the top of the Order.**