# Memorandum

**To:**     Katie Simon, Clerk. U. S. District Court
401 W. Trade St., Charlotte, NC 28202

**From:** **Michael Tran**, Deputy Clerk

**Date:** 7/24/2024

**In re:** Johnny Marcano

**District Court Case No.:**  3:24-cv-00486

Bankruptcy Case No.: 24-30108

Pursuant to Fed. R. Bankr. P. 8001(a), the above-referenced bankruptcy appeal requires the attention of the United States District Court Judge for the following reason:

Appellant has failed to file the designation of the items to be included in the record on appeal and a statement of the issues to be presented to the U.S. District Court as required by Fed. R. Bankr. P. 8009(a)

Please advise the Bankruptcy Court in writing of any action taken in connection with this appeal.

Thank you for your assistance in this matter.